UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS P. ATHRIDGE,
Individually and as
Father and Next Friend of
THOMAS P. ATHRIDGE, Minor,

Plaintiffs,

v.

FRANCISCO RIVAS,
CHURRERIA MADRID RESTAURANT,
CHURRERIA MADRID RESTAURANT,
INC.,

Defendants.

Civil Action No. 89-1222 (JMF)

THOMAS P. ATHRIDGE, SR.,
THOMAS P. ATHRIDGE, JR.,
MARY T. ATHRIDGE,

Plaintiffs,

v.

HILDA RIVAS,

Defendant.

Civil Action No. 92-1868 (JMF)

FINAL JUDGMENT

This action came on for trial and decision before the Court, the Honorable John M. Facciola, United States Magistrate Judge, presiding, and the issues having been duly tried and heard and a decision having been duly rendered, it is **ORDERED** and **ADJUDGED** that the plaintiffs recover of the defendants $5,510,010.78 and the costs of this action. Specifically, in accordance with the November 8, 1996 findings by Judge Greene, the jury verdict of January 12,

2005, and the Memorandum Opinion issued on August 12, 2005, it is **ORDERED** and **ADJUDGED** that:

1. Plaintiff Thomas P. Athridge, is awarded $110,010.78 for the amount paid for medical services provided to Tommy Athridge;

2. Plaintiff Tommy Athridge is awarded $1,400,000 in damages for his diminished earning capacity; and

3. Plaintiff Tommy Athridge is awarded $4 million in damages for pain and suffering.

_____
Clerk of the Court

Dated: 8/15/05