UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS P. ATHRIDGE,<br>Individually and as<br>Father and Next Friend of<br>THOMAS P. ATHRIDGE, Minor,<br>　　　Plaintiffs,<br><br>v.<br><br>FRANCISCO RIVAS,<br>CHURRERIA MADRID RESTAURANT,<br>CHURRERIA MADRID RESTAURANT,<br>INC.,<br>　　　Defendants. | Civil Action No. 89-1222 (JMF) |
| THOMAS P. ATHRIDGE, SR.,<br>THOMAS P. ATHRIDGE, JR.,<br>MARY T. ATHRIDGE,<br>　　　Plaintiffs,<br><br>v.<br><br>HILDA RIVAS,<br>　　　Defendant. | Civil Action No. 92-1868 (JMF) |

### ORDER

In accordance with the accompanying memorandum opinion, it is, hereby, **ORDERED** that defendants' Consent Motion to Deposit Funds Into the Registry of the Court [#115] is **DENIED without prejudice**; and it is further **ORDERED** that Motion of Defendants to Stay Execution of Judgment Pending Appeal [#116] is **DENIED without prejudice**.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
Dated:　　　　　　　　　　　　　　　　　　　　JOHN M. FACCIOLA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE